### STATE v. ROBERT P. ARTHUR.

(Filed 10 October, 1956.)

**Appeal and Error § 12: Criminal Law § 72: Judgments § 20―**

> Pending appeal, the trial court has no jurisdiction to hear a motion for correction of the minutes.

JOHNSON, J., not sitting.

APPEAL by defendant from *Armstrong, J.,* at June 1956 Term, of MECKLENBURG.

Criminal prosecution upon bill of indictment charging defendant with the crime of perjury, tried at the 7 May, 1956 Regular Schedule "B" Criminal Term of Mecklenburg, which is the subject of appeal in *S. v. Arthur, ante,* 582.

The record on this attempted appeal shows that at the June Term 1956 of Mecklenburg, defendant made a motion for correction of minutes of Superior Court in respect to the taking of a verdict at the trial term. Since the case was then on appeal to Supreme Court, the Judge Presiding denied the motion. Defendant appeals therefrom to Supreme Court and assigns error.

*Attorney-General Patton and Assistant Attorney-General McGalliard for the State.*

*G. M. Llewellyn and Ann Llewellyn Greene for Defendant Appellant.*

PER CURIAM. The case of *S. v. Arthur, ante,* 582, being on appeal to Supreme Court, the Superior Court was then without authority to entertain the motion for correction of the minutes. Hence the judgment from which appeal is taken is affirmed, and the

Appeal dismissed.

JOHNSON, J., not sitting.